UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CABRERA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES MARTIN BARRETT,<br><br>    Defendant. | Case No. 1:19-cv-01189-DAD-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 4) |

Plaintiff Omar Cabrera ("Plaintiff"), a state prisoner proceeding pro se, filed this action on August 30, 2019. (Doc. No. 1.) On October 10, 2019, the Court issued an order granting Plaintiff's application to proceed in forma pauperis. (Doc. No. 3.) On October 29, 2019, the Court's order was returned as undeliverable. On January 14, 2020, the Court issued Findings and Recommendations to dismiss this action for Plaintiff's failure to keep the Court apprised of his address and for failure to prosecute. (Doc. No. 5.)

On January 23, 2020, Plaintiff timely filed objections to the Court's Findings and Recommendations. (Doc. No. 4.) According to Plaintiff, he is still incarcerated at Pleasant Valley State Prison, P.O. Box 8500, Coalinga, CA, 93210, which is the same address that was provided to the Court when his complaint and application to proceed in forma pauperis were filed. Plaintiff contends that Pleasant Valley State Prison failed to deliver the Court's October 10, 2019 order to him. Plaintiff provided a legal mail log indicating that there was no history of mail from the Court between September 4, 2019, and January 17, 2020.

In light of Plaintiff's objections and because it appears that the Court's orders to Plaintiff are no longer undeliverable, IT IS HEREBY OREDERED that:

1

1. The Findings and Recommendations issued on January 14, 2020 (Doc. No. 5) are VACATED;

2. The Clerk of the Court is DIRECTED to serve Plaintiff with a copy of the Court's order granting Plaintiff's application to proceed in forma pauperis (Doc. No. 3); and

3. Plaintiff is advised that the Court screens the complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). As a result, summons will not issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant(s). The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **February 3, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE